94 A.3d 364

Curtis PRICE, aka Theodore Wright, Appellant

v.

DEPARTMENT OF CORRECTIONS, Appellee.

Supreme Court of Pennsylvania.

June 16, 2014.

*ORDER*

PER CURIAM.

AND NOW, this 16th day of June, 2014, the order of the Commonwealth Court is hereby **AFFIRMED.**